■
**Patricia L. PARILLO**

v.

**James A. PARILLO.**

**No. 79–30–A.**

Supreme Court of Rhode Island.

Feb. 4, 1980.

Biagio L. Longo, West Warwick, for petitioner.

James A. Parillo, pro se., respondent.

## ORDER

This matter was heard in response to a Show Cause Order issued December 14, 1979, as to why respondent's appeal should not be dismissed for lack of prosecution for failure to comply with Rule 16 of the Rhode Island Supreme Court. There being no cause shown, the appeal is dismissed and the papers remanded to the Family Court.

DORIS, J., not participating.